UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET ANN GRAMES,

    Plaintiff,

v.                                                          Case No. 1:16-cv-1400
                                                           Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

        **IT IS SO ORDERED**.


Dated: March 23, 2017                               /s/ Ray Kent
                                                             United States Magistrate Judge