UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARGARET ANN GRAMES,

    Plaintiff,

v.                                          Case No. 1:16-cv-1400
                                          Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

### AMENDED JUDGMENT

In accordance with the Sixth Circuit's Order entered on March 1, 2019:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Sixth Circuit's Order.

    **IT IS SO ORDERED**.


Dated: April 30, 2019                  /s/ Ray Kent
                                          United States Magistrate Judge